**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

FILED BY JPW U.S.

05 MAR 31  PM 6: 24

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U. S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(713) 421-9200*

## NOTICE OF SETTING
**Before Judge Jon Phipps McCalla, United States District Judge**

March 28, 2005

RE:   2:04cr20505-Ml
      *USA V. RHONDA NELSON*

Dear Sir/Madam:

A **REPORT DATE** has been set before **Judge Jon Phipps McCalla** for **FRIDAY, MAY 27, 2005 at 9:00 A.M. in Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee.** Any defendants incarcerated at the **West Tennessee Detention Facility in Mason, Tennessee** will have their report conducted **via VIDEO CONFERENCE**. Any party requesting the presence of the defendant in Court **must give the U.S. Marshal's Office 48 hours notice** so that defendant can be brought to Court. **Please contact Deputy Marshal Leslie Gallagher at 901-544-4290 for that purpose.**

The report date is required by Section IV, paragraph B(4) of the Speedy Trial Plan. The plan requires that the defendant and his/her attorney appear at the above-designated time to give a status report to the Court on the case. The defendant must be present at the Report Date unless the Court excuses his/her appearance and the defendant files a written waiver of appearance in advance of the Report Date. Attorneys for the government and each defendant are expected to have furnished and obtained **ALL DISCOVERY MATERIAL** prior to the Report Date.

Also, the attorney for each defendant is expected to have discussed with the defendant the options of a change of plea, or of going to trial and should be prepared to advise the Court of defendant's plan in this regard at the Report Date.

-1-



Parties are expected to be ready for trial at any time during the period from JUNE 6, 2005 to JUNE 17, 2005 upon four hours notice if the defendant is NOT in custody and resides within the Western District of Tennessee or within a two-hour drive of the court and if the prosecution has no out-of-town witnesses. If these conditions are not met, the parties are expected to be ready for trial at any time during this period on twenty-four hours notice.

Attorneys are expected to procure the issuance of writs for any in-custody witnesses no later than MAY 27, 2005.

This case is set on the court's Western Division criminal rotation docket. A description of procedures utilized for this docket is available from the Clerk of Court.

As to defendants on bond, failure to appear as directed will result in a forfeiture of that defendant's appearance bond and issuance of a warrant for his or her arrest.

If you have any questions about this matter, please contact the case manager at the telephone number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: _____
Joseph P. Warren, Case Manager
901-495-1242

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CR-20505 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT