FILED BY ___ D.C.

05 SEP 30 AM 10: 42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY ___ D.C.

2005 SEP 26 PM 4: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) Cr. No. 04-20505-MI/P
vs. )
) MOTION GRANTED
RHONDA E. NELSON, )
) JON PHIPPS McCALLA
Defendant. ) U.S. DISTRICT JUDGE
Sept. 30, 2005
DATE

## MOTION TO CONTINUE REPORT DATE

Comes now the United States of America by and through its counsel, Lawrence J. Laurenzi, Acting United States Attorney for the Western District of Tennessee, and files its Motion to Continue the report date from the present setting of October 28, 2005 until the December report date. Additional time is requested due to information received by the Bureau of Prisons (hereafter "BOP"). A material witness, who is in federal custody, has been experiencing a high risk pregnancy and is scheduled to deliver on September 27, 2005. At that time the mother and the child will be housed together for a three month period. Information from the Bureau of Prisons indicates that the issuance of a writ for this witness would require the BOP securing someone to take custody of the child. Information indicates this could impose a hard ship on the inmate's family as well as the BOP. Furthermore, the government anticipates calling this witness in another case before the court, United States v. Trina T. Thomas, 04-20506. This would result in two different writs and two different periods of separation for mother and child. For these reasons, we respectfully request that the report date be continued until December.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-3-05

(29)

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
V. RAE OLIVER
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103
(#18831 Tennessee)

## CERTIFICATE OF SERVICE

I, V. Rae Oliver, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion to Continue has been sent via facsimile and mailed, first class postage pre-paid, to Leslie Ballin, 200 Jefferson Avenue, St 1250, Memphis, Tennessee 38103 and (901) 525-6294.

This 26th day of September, 2005.

_____
V. RAE OLIVER
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CR-20505 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT