IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -6 AM 9: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

```
                            )
UNITED STATES OF AMERICA    )
                            )
     Plaintiff,             )
                            )
VS                          )    CR. NO. 04-05-20505-Ml
                            )
RHONDA E. NELSON            )
                            )
     Defendant(s)           )
                            )
```

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set for a Report Date on Friday, October 28, 2005 at 9:00 A.M.  Counsel for the government requested a continuance. The continuance is necessary to allow for additional preparation in the case.

The Court granted the request and continued the matter for a Report Date to Tuesday, December 20, 2005 at 9:00 A.M. with a trial date of Tuesday, January 3, 2006 at 9:30 A.M.

The period from November 18, 2005 through January 13, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow government counsel additional time to prepare.

IT IS SO ORDERED this the ___5___ day of October, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-6-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in
case 2:04-CR-20505 was distributed by fax, mail, or direct printing on
October 6, 2005 to the parties listed.

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT